### 61145. RODRIGUEZ v. TATUM.

POPE, Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. Quillian, C. J., and McMurray, P. J., concur.*

DECIDED MARCH 19, 1981.

*John D. Varnell,* for appellant.
*Richard B. Eason, Jr.,* for appellee.